JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LECIA L. SHORTER,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SOUTHERN CALIFORNIA BUICK PONTIAC GMC DEALERS INC.**, *et al.*,<br><br>　　　　　　　Defendants. | Case No. CV 16-7181 DMG (FFMx)<br><br><br>**JUDGMENT** |

　　On August 29, 2018, this Court having granted in part Defendant Martin Cadillac Company Inc.'s motion for summary judgment [Doc. # 203], thereby resolving all federal issues and claims outstanding herein,

　　IT IS ORDERED, ADJUDGED AND DECREED that judgment on the federal claim is entered in favor of Defendants Southern California Buick Pontiac GMC Dealers Inc., Martin Automotive Group Inc., and Flashpoint Communications LLC, and against Plaintiff Lecia L. Shorter.

**IT IS SO ORDERED.**

DATED: August 29, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE